# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133051

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAVELLE EUGENE MARKS,
      Defendant-Appellant.

SC: 133051
COA: 273595
Washtenaw CC: 03-001708-FH,
04-000260-FH & 04-001711-FH

_____/

      On order of the Court, the application for leave to appeal the December 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

d0521